SPENCER H. HIPP, Bar No. 090485
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
Telephone:    559.244.7500
Facsimile:    559.244.7525

Attorneys for Defendant
PRODUCERS DAIRY FOODS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ROMERO, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>PRODUCERS DAIRY FOODS, INC.,<br><br>            Defendant. | Case No.  1:05-CV-00484 REC DLB<br><br>**STIPULATED PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION** |

Documents and/or information which are subject to discovery and/or are being sought by Plaintiffs through discovery in this action and which relate to confidential Company, third party employee and/or former employee information, which is being produced by Defendant Producers Dairy Foods, Inc. (hereinafter referred to as "Defendant") or which may be disclosed throughout the course of this litigation, reflect or may reflect confidential, personal, financial, commercial, and/or proprietary information regarding Defendant and/or its employees and/or former employees, and/or clients/customers of Defendant.  The following Stipulation and Protective Order shall govern the production, disclosure, and use of such confidential information in this action.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective undersigned counsel, that a Court may enter the following Protective Order pursuant to Federal Rules of Civil Procedure 26(c) and 37, and Local Rules 39-140 and 39-141, in this action as follows:

STIPULATED PROTECTIVE ORDER RE:
CONFIDENTIAL INFORMATION (NO.
1:05-CV-00484 REC/DLB)

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

1. <u>Confidential Information</u>.

For purposes of this Stipulation and Protective Order, "confidential information" means any type or classification of information, regardless of form, and regardless of whether originals, copies, or in redacted form, consisting of business, personal, or financial information/records or documents, or other proprietary information, concerning Defendant's employees and/or former employees.[1] No information shall be claimed to be confidential unless counsel making the claim has a reasonable, good faith belief that the information meets the criteria specified above. Once so designated, confidential information shall be subject to the protection of this Protective Order unless such protection is expressly waived in writing by all of the stipulating parties or removed in whole or in part upon further order of the Court.

2. <u>Definition and Manner of Designation</u>.

(a) All information, records, and documents concerning Defendant's employees and/or former employees or the above described Confidential Information shall be defined as confidential, regardless of its designation as such in order to limit the risk of disclosure of such confidential information.

(b) Counsel may designate other documents and writings as confidential if additional documents related to the confidential information described above are located by Defendant. Such designation shall be made, at the time of production of such other documents or other writings. Documents shall be designated confidential by placing the word "confidential" in red on the document or by otherwise indicating that the document is confidential and subject to protective order.

(c) The failure to designate information in accordance with this Protective Order or the failure to object to a designation at a given time shall not preclude the filing of a motion at a later time seeking to impose such a designation or challenge the propriety thereof.

---

[1] "Confidential information" does not include information produced by Defendant to Plaintiffs regarding the named Plaintiffs' employment with Defendant. Further, if and/or when any other current or former employees of Defendant consent in writing that their employment information is not confidential, such employees' information will be removed from the definition of "confidential information."

STIPULATED PROTECTIVE ORDER RE:
CONFIDENTIAL INFORMATION (NO.      2.
1:05-CV-00484-REC/DLB)

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

3. <u>Coverage</u>.

This Protective Order shall control the pretrial production, disclosure, and use of the above-described confidential information  This Protective Order shall not constitute or be deemed to constitute an admission by any of the stipulating parties or a determination by a Court as to any contested issue in this case, including, without limitation, the existence or non-existence of a privacy interest or privilege relating to said confidential information or its admissibility at trial.

4. <u>Use of Confidential Information At Hearing Not Covered</u>.

This Protective Order applies only to information disclosed in the course of pre-trial discovery in this action.  Counsel for the stipulating parties agree to negotiate in good faith with respect to the procedure for utilizing confidential information at the trial of this action.  Any dispute, regarding the use of any confidential information at the trial of this action, will be resolved by the Court.

5. <u>Limits on Disclosure and Use</u>.

(a) Documents and information designated confidential pursuant to this Protective Order shall not be disclosed to any persons other than the parties herein and their respective attorneys, except that documents and information defined or designated confidential may be disclosed to the following persons and entities for a purpose directly related to the prosecution and/or defense of this action:

(i) the parties, counsel for the parties hereto, clerks, secretaries, paralegals, investigators, and legal assistants assisting such counsel, court or stenographic reporters retained to report a deponent's testimony taken in this litigation, and firms retained by counsel to provide litigation services and the employees of said firms;

(ii) management or supervisors of Defendant who are responsible for assisting counsel in the preparation for or trial of this case;

(iii) expert witnesses retained for purposes of testifying at trial;

(iv) persons who are being prepared by counsel to give testimony at a deposition or at hearing of this case, provided it is necessary for their testimony;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

STIPULATED PROTECTIVE ORDER RE:
CONFIDENTIAL INFORMATION (NO.
1:05-CV-00484 REC/DLB)

3.

1          (v)    persons who are being examined by counsel at a deposition or at

2 hearing of this case; and

3          (vi)    court and administrative personnel, including judges, administrative

4 law judges, court commissioners, court reporters, law clerks and clerks engaged in proceedings in

5 this case.

6      (b)    The parties and their respective counsel shall safeguard the confidential

7 information referenced above against disclosure.  All counsel shall advise persons listed in

8 subparagraphs (i) through (v) above, who receive confidential information in this action, of this

9 Protective Order and shall secure their representation before being shown a confidential document

10 that they shall not further disclose or use such confidential information, except as provided under

11 this Protective Order.  Any portion of a deposition involving the disclosure of confidential

12 information shall, at the request of any party, be placed under seal and shall be treated as

13 confidential pursuant to this Agreement.

14      (c)    Information and documents subject to this Protective Order may be used only

15 in connection with this litigation and not for any other legal, business or competitive purpose.

16 Further, such information may not be disclosed to anyone except as provided in this Protective

17 Order.

18      6.    <u>Lodging or Filings With The Court</u>.

19      All confidential information lodged or filed with the Court and any pleading, motion,

20 deposition or other paper filed with or otherwise submitted to the Court disclosing confidential

21 information, shall, as permitted by the Court, (a) be submitted for lodging or filing in sealed

22 envelopes as specified in paragraph 7 below, and (b) remain sealed by the Court as to all persons and

23 entities who are not parties to this litigation, and (c) be available for review only for purposes of this

24 litigation by the persons and parties described in paragraph 5 as eligible to receive confidential

25 information.

26      7.    <u>Notice of Coverage By Order</u>.

27      (a)    The portions of any pleading, motion, affidavit, transcript of any deposition or

28 other paper filed with the Court which constitutes, identifies, quotes or refers to confidential

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

STIPULATED PROTECTIVE ORDER RE:
CONFIDENTIAL INFORMATION (NO.
1:05-CV-00484 REC/DLB)    4.

1  information shall, as permitted by the Court, be filed with the Court, only in sealed envelopes
2  bearing the following statement:

3  **CONFIDENTIAL: THIS ENVELOPE CONTAINS DOCUMENTS**
4  **AND INFORMATION FILED SUBJECT TO A PROTECTIVE ORDER**.

5  (b)  Deposition transcripts and other discovery materials which contain or
6  reference designated confidential information will be marked by the court reporter or by the parties
7  or their counsel on the cover of the transcripts or in other prominent locations to reflect this
8  Protective Order.

9  8.  <u>Modification of Order</u>.

10  (a)  Material disclosing confidential information may be removed from the
11  restrictions of this Protective Order only upon the written agreement of the stipulating parties or by
12  Court Order.

13  (b)  In the event that the stipulating parties disagree as to the definition or
14  designation of materials as confidential, or are unable to reach agreement regarding removing from
15  the restrictions of this Protective Order any document or other material claimed to be confidential,
16  the stipulating party contesting confidentiality may, upon motion with notice to the other stipulating
17  party, seek a Court Order removing the contested information from the terms of this Protective
18  Order.  Such notice shall comply with the provisions of the Federal Rules of Civil Procedure and
19  applicable Civil Local Rules, unless the parties are in trial or it is otherwise determined by the Court.

20  (c)  Upon noticed motion by either stipulating party in accordance with Paragraph
21  8(b) above, the Court shall have authority to modify the terms of this Protective Order for good
22  cause shown.

23  9.  <u>Return of Designated Confidential Information</u>.

24  When the action has terminated by settlement, judgment or dismissal and all appeals
25  have been exhausted, all confidential information shall be returned to the party producing the
26  documents, including all copies thereof, within thirty (30) days of written request from the party that
27  produced the confidential information.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

STIPULATED PROTECTIVE ORDER RE:
CONFIDENTIAL INFORMATION (NO.
1:05-CV-00484 REC/DLB)

5.

10. <u>Limits on Scope of Protective Order</u>.

Nothing in this Protective Order shall be construed to relieve any party from the obligation to respond timely to discovery requests, nor shall this Protective Order be construed as a waiver of the right to assert any objection to a discovery request.  To the extent that a party produces documents or information pursuant to this Protective Order that are covered, or believed in good faith to be covered, by the attorney work product doctrine or attorney-client communication privilege or any other privilege, no waiver of the attorney work product doctrine or attorney-client privilege or any other privilege shall be construed as a result of that production as it relates, or may relate, to the documents produced, or otherwise.  Neither shall this Protective Order be construed so as to prejudice the right of any party hereto to file and use a confidential document in connection with motions, pretrial proceedings, settlement conference, hearing, or any other proceeding in this matter, so long as the provisions of this Protective Order are complied with.

Nothing in this Protective Order shall operate as an admission by any party that any particular document is, or is not, admissible in evidence at the hearing of this action.

Dated: October _____, 2005                LITTLER MENDELSON
                                           A Professional Corporation


                                           /s/ Spencer H. Hipp
                                           SPENCER H. HIPP
                                           Attorneys for Defendant
                                           PRODUCERS DAIRY FOODS, INC.


Dated: October _____, 2005                BEESON TAYER & BODINE


                                           /s/ Teague Paterson
                                           TEAGUE L. PATERSON
                                           Attorneys for Plaintiffs

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

STIPULATED PROTECTIVE ORDER RE:
CONFIDENTIAL INFORMATION (NO.
1:05-CV-00484 REC/DLB)                    6.

1 | IT IS SO ORDERED.

4 | October 17, 2005 /S/ Dennis L. Beck
Dated U.S. MAGISTRATE JUDGE

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

STIPULATED PROTECTIVE ORDER RE:
CONFIDENTIAL INFORMATION (NO. 1:05-CV-00484 REC/DLB)    7.