MICHAEL D. NELSON, SBN 171359
COSTA KERESTENZIS, SBN 1816125
**BEESON, TAYER & BODINE, APC.**
1404 Franklin St., Fifth Floor
Oakland, CA  94612
Telephone:  (510) 625-9700
Facsimile:  (510) 625-8275

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ROMERO, et al., | Case No. 1:05-CV-00484-DLB |
| Plaintiffs, | |
| v. | **STIPULATION OF PARTIES TO CONTINUE DISCOVERY CUT-OFF** |
| PRODUCERS DAIRY FOODS, INC., A California Corporation, | |
| Defendant. | |

SUBJECT TO THE APPROVAL OF THE COURT, the parties to the above-referenced action hereby stipulate and respectfully request that the Court's Pre-trial Scheduling Order, dated August 10, 2006, be amended so that the discovery cut-off date in this matter be continued from January 12, 2007 to February 16, 2007, the current date for the completion of expert discovery.

The parties agree that this request should not in any way effect the other Scheduling Dates in this matter, including the trial date, and contend there is good cause for this request as follows:

1. The parties agree that this case will have limited experts, if any. Accordingly, continuing the general discovery cut-off will not adversely impact completing expert discovery.  Moreover,

1   completion of discovery by February 16, 2007 will allow the parties sufficient time to
2   prepare and file any dispositive motions they intend to file for hearing by March 26, 2007.
3   2. Additional time is requested because the parties intend to take a number of depositions and scheduling such depositions during the Holiday season has been extremely difficult given the deponents' schedules.
4   3. Additional time will allow the parties to better evaluate the depositions as they are being completed, thus allowing for increased settlement discussions.

In sum, the parties request a short continuance so that the discovery can be completed without prejudice to any party, or unnecessary burden on any deponent.

Dated:  December 6, 2006        Respectfully Submitted,

                                BEESON, TAYER & BODINE, APC


                                By: _____/s/_____
                                    COSTA KERESTENZIS
                                    Attorneys for PLAINTIFFS


Dated:  December 6, 2006        Respectfully Submitted,

                                LITTLER MENDELSON


                                By: _____/s/_____
                                     SPENCER HIPP
                                     Attorneys for DEFENDANT

///
///
///
///
///

**ORDER**

Upon consideration of the parties' stipulation and request and with good cause appearing, the last day to complete discovery in this matter is hereby continued from January 12, 2007 to February 16, 2007.

**January 8, 2007**                                          __/s/ *Dennis L. Beck*_____
                                                            **DENNIS L. BECK,**
                                                            **UNITED STATES MAGISTRATE JUDGE**