COSTA KERESTENZIS, SBN 1816125
**BEESON, TAYER & BODINE, APC.**
520 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone: 916.325.2100
Facsimile: 916.325.2120

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ROMERO, et al., | Case No. 1:05-CV-00484-DLB |
| Plaintiffs, | |
| v. | **STIPULATION OF PARTIES TO DISMISS JOE ROMERO FROM CLASS ACTION; and ORDER THEREON** |
| PRODUCERS DAIRY FOODS, INC., A California Corporation, | |
| Defendant. | |

Subject to approval by the Count and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate and agree to dismiss, with prejudice, Joe Romero as a class member and opt-in plaintiff from the above-referenced action, and dismiss, with prejudice, his claims in this matter against Defendant. The undersigned parties also agree that each party shall bear its own costs and fees with regard to Mr. Romero's individual claims and that as part of this agreed dismissal, Defendant will withdraw its Motion to Dismiss Joe Romero.

///

///

///

///

ROMERO DISMISSAL
56952.doc

1

Finally, the parties note that this dismissal should not effect in any way the claims of any of the other class members in this matter, simply, Mr. Romero wishes to dismiss his individual claims and opt out of this action.

Dated: February 16, 2007                           Respectfully Submitted,

                                                                                  BEESON, TAYER & BODINE, APC

By: _____
    COSTA KERESTENZIS
    Attorneys for PLAINTIFFS

Dated: February ___, 2007                          Approved and Agreed to by:


By: _____
    JOE ROMERO


Dated: February 16, 2007                           Respectfully Submitted,

LITTLER MENDELSON


By: _____
    SPENCER HIPP
    Attorneys for DEFENDANT

## ORDER

**Upon consideration of the parties' stipulation and request, the Court hereby orders that Joe Romero's individual claims are dismissed from this action with prejudice.**

**Dated: March 9, 2007**                           ____/s/ Dennis L. Beck_____
                                                                                   **DENNIS L. BECK,**
                                                                                    **UNITED STATES MAGISTRATE JUDGE**