1  JASON RABINOWITZ, SBN 183822
   COSTA KERESTENZIS, SBN 1816125
2  **BEESON, TAYER & BODINE, APC.**
3  520 Capitol Mall, Suite 300
   Sacramento, CA 95814
4  Telephone:  (916) 325-2100

5  Attorneys for Plaintiffs

6

7                     UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | JOE ROMERO, et al., | Case No. 1:05-CV-00484-DLB |
11 |                     |                            |
   |         Plaintiffs, | **NOTICE OF SETTLEMENT;**  |
12 |                     | **STIPULATION OF PARTIES TO VACATE** |
   | v.                  | **TRIAL, PRE-TRIAL, AND MOTION** |
13 |                     | **DATES, AND ORDER THEREON** |
14 | PRODUCERS DAIRY FOODS, INC., A |     |
   | California Corporation, |          |
15 |                     |                            |
   |         Defendant.  |                            |
16

17       PURSUANT TO LOCAL RULE 16-160, the parties to the above-referenced action hereby give
18
   notice to the Court that the parties reached a settlement agreement through Mediation on Friday, March
19
   23, 2007.
20
21       ACCORDINGLY, SUBJECT TO THE APPROVAL OF THE COURT, the parties to the above-
22
   referenced action hereby stipulate and respectfully request that the upcoming hearing date (hearing on
23
   Defendant's Motion for Summary Judgment and Defendant's Motion for Summary Adjudication set for
24
   April 13, 2007) and pre-trial and trial dates (Pre-Trial Conference set for May 11, 2007; Jury Trial set
25
26       //
27       //
28       //

---

**NOTICE OF SETTLEMENT; STIPULATION; ORDER**                                                1
Case No.1:05-CV-00484 DLB
59084.doc

for June 26, 2007) be vacated.  This is a class action settlement and the parties expect to have initial filings regarding the settlement presented to the Court within twenty (20) days.

Dated:  March 27, 2007                                          Respectfully Submitted,

                                                BEESON, TAYER & BODINE, APC

                                                By:     /s/ Costa Kerestenzis
                                                   COSTA KERESTENZIS
                                                   Attorneys for PLAINTIFFS

Dated:  March 27, 2007                                          Respectfully Submitted,

                                                LITTLER MENDELSON, APC

                                                By:     /s/ Spencer Hipp
                                                   SPENCER HIPP
                                                   Attorneys for DEFENDANT

## ORDER

**Based on the foregoing representations of the parties, the noticed April 13, 2007 hearing date on motions, the May 11, 2007 pre-trial conference, and the June 26, 2007 trial dates in this matter are vacated.**

Dated:   March 28, 2007

                                                 /s/ *Dennis L. Beck*
                                                **DENNIS L. BECK**
                                                **UNITED STATES MAGISTRATE JUDGE**