1  COSTA KERESTENZIS, SBN 1816125
   **BEESON, TAYER & BODINE, APC.**
2  520 Capitol Mall, Suite 300
3  Sacramento, CA 95814
   Telephone:  916.325.2100
4  Facsimile:  916.325.2120

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ROMERO, et al., | Case No. 1:05-CV-00484-DLB |
| Plaintiffs, | |
| v. | **STIPULATION OF PARTIES TO DISMISS LOREN PORTILLO FROM CLASS ACTION; [PROPOSED] ORDER** |
| PRODUCERS DAIRY FOODS, INC., A California Corporation, | |
| Defendant. | |

Subject to approval by the Count and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate and agree to dismiss, with prejudice, Loren Portillo as a class member and opt-in plaintiff from the above-referenced action, and dismiss, with prejudice, his claims in this matter against Defendant.  The undersigned parties also agree that each party shall bear its own costs and fees with regard to Mr. Portillo's individual claims.

///

///

///

///

PORTILLO DISMISSAL
05cv484.stipdismissdefendant.romero.doc

1


Finally, the parties note that this dismissal should not effect in any way the claims of any of the other class members in this matter, simply, Mr. Portillo wishes to dismiss his individual claims and opt out of this action.

Dated: February 16, 2007                           Respectfully Submitted,

                                                   BEESON, TAYER & BODINE, APC


                                                   By:      /s/ Costa Kerestenzis_____
                                                        COSTA KERESTENZIS
                                                        Attorneys for PLAINTIFFS

Dated: February 27, 2007
                                                   Approved and Agreed to by:


                                                   By:   /s/ Loren Portillo_____
                                                        LOREN PORTILLO


Dated: February 16, 2007                           Respectfully Submitted,

                                                   LITTLER MENDELSON


                                                   By:   /s/  Spencer Hipp_____
                                                        SPENCER HIPP
                                                        Attorneys for DEFENDANT


IT IS SO ORDERED.

Dated: April 3, 2007                                          /s/Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE

PORTILLO DISMISSAL
05cv484.stipdismissdefendant.romero.doc

2