COSTA KERESTENZIS, SBN 1816125
**BEESON, TAYER & BODINE, APC.**
520 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone: 916.325.2100
Facsimile: 916.325.2120

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ROMERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRODUCERS DAIRY FOODS, INC., A California Corporation, <br><br> Defendant. | Case No. 1:05-CV-00484-DLB <br><br> **STIPULATION OF PARTIES TO DISMISS LOREN PORTILLO FROM CLASS ACTION and ORDER THEREON** |

Subject to approval by the Count and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate and agree to dismiss, with prejudice, Loren Portillo as a class member and opt-in plaintiff from the above-referenced action, and dismiss, with prejudice, his claims in this matter against Defendant. The undersigned parties also agree that each party shall bear its own costs and fees with regard to Mr. Portillo's individual claims.

///

///

///

///

PORTILLO DISMISSAL
56952.doc

1

Finally, the parties note that this dismissal should not effect in any way the claims of any of the other class members in this matter, simply, Mr. Portillo wishes to dismiss his individual claims and opt out of this action.

Dated:  February 16, 2007                            Respectfully Submitted,

                                                     BEESON, TAYER & BODINE, APC


                                                     By:    /s/ Costa Kerestenzis_____
                                                        COSTA KERESTENZIS
                                                        Attorneys for PLAINTIFFS

Dated:  February 27, 2007
                                                     Approved and Agreed to by:



                                                     By:  /s/ Loren Portillo_____
                                                        LOREN PORTILLO


Dated:  February 16, 2007                            Respectfully Submitted,

                                                     LITTLER MENDELSON


                                                     By:  /s/  Spencer Hipp_____
                                                         SPENCER HIPP
                                                         Attorneys for DEFENDANT


### ORDER

**Upon consideration of the parties' stipulation and request, the Court hereby orders that Loren Portillo's individual claims are dismissed from this action with prejudice.**

**April 19, 2007**

                                                       __/s/ Dennis L. Beck_____
                                                     **DENNIS L. BECK,**
                                                     **UNITED STATES DISTRICT JUDGE**

PORTILLO DISMISSAL
56952.doc