R. BRIAN DIXON, Bar No. 076247
SPENCER H. HIPP, Bar No. 090485
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
Telephone:    559.244.7500
Facsimile:    559.244.7525

Attorneys for Defendant


ROBERT P. BONSALL, Bar No. 119261
JASON RABINOWITZ, Bar No. 183822
COSTA KERESTENZIS, Bar No. 186125
BEESON, TAYER & BODINE, APC.
520 Capitol Mall, Suite 300
Sacramento, CA   95814
Telephone: 916.325.2100
Facsimile:  916.325.2120

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JEANES and LAWRENCE HEFFINGTON on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 29 U.S.C. 216, and on behalf of the general public, <br><br>                    Plaintiffs, <br><br>     v. <br><br> PRODUCERS DAIRY FOODS, INC., a California corporation, <br><br>                    Defendant. | Case No.  1:05-CV-00484 DLB <br><br> **ORDER SCHEDULING PRELIMINARY APPROVAL HEARING** <br><br> **Courtroom 9** <br><br> Magistrate Judge Dennis L. Beck |

The parties having filed a Stipulation Regarding Settlement with accompanying Exhibit 1 through 7, and the Court having preliminarily reviewed these papers,

///

///

[PROPOSED] ORDER SCHEDULING
PRELIMINARY APPROVAL HEARING
(NO. 1:05-CV-00484 DLB)

THE COURT HEREBY ORDERS THE FOLLOWING:

1. A hearing to consider Preliminary Approval of the Class Action Settlement in this case is hereby scheduled for Wednesday, June 20, 2007 at 1:30 p.m., in Courtroom 9 before the Honorable Dennis L. Beck. The purpose of this hearing for Preliminary Approval of a Class Action Settlement in this case is to address any issues raised by the settlement documents on file herein, and the ultimate purpose is the preliminary approval of the settlement.

**IT IS SO ORDERED**.

Dated: 25 May 2007

    /s/ **Dennis L. Beck**
DENNIS L. BECK
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

Firmwide:82513477.1 009370.1029

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

[PROPOSED] ORDER SCHEDULING
PRELIMINARY APPROVAL HEARING     2.
(NO. 1:05-CV-00484 DLB)