1  R. BRIAN DIXON, Bar No. 076247
   SPENCER H. HIPP, Bar No. 090485
2  LITTLER MENDELSON
   A Professional Corporation
3  5200 North Palm Avenue
   Suite 302
4  Fresno, CA  93704.2225
   Telephone:    559.244.7500
5  Facsimile:    559.244.7525

6  Attorneys for Defendant
   PRODUCERS DAIRY FOODS, INC.
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JEANES and LAWRENCE HEFFINGTON on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 29 U.S.C. 216, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>PRODUCERS DAIRY FOODS, INC., a California corporation,<br><br>Defendant. | Case No.  1:05-CV-00484 DLB<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, NOTICE TO CLASS, AND SETTING OF HEARING FOR FINAL APPROVAL**<br><br>Courtroom 9<br>Magistrate Judge Dennis L. Beck |

The joint request for Preliminary Approval of a Class Action Settlement came before this Court on June 20, 2007 at 1:30 p.m., the Honorable Dennis L. Beck presiding.  The Court having considered the papers submitted in support of the motion of the parties, HEREBY ORDERS THE FOLLOWING:

    1.    The Court grants preliminary approval of the Settlement and the Settlement Class based upon the terms set forth in the Stipulation Regarding Settlement filed herewith.  The Settlement appears to be fair, reasonable, and adequate to the Settlement Class.

    2.    The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final hearing and final approval by this Court.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

[PROPOSED] ORDER GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT,
NOTICE TO CLASS

CASE NO. 1:05-CV-00484 DLB

1  3. A final approval hearing on the question of whether the proposed Settlement, attorneys' fees and costs to Class Counsel and the class representatives' service payments should be finally approved as fair, reasonable and adequate as to the members of the class is scheduled for November 9, 2007, at 9:00 a.m. in Courtroom 9 of this Court.  Class Counsel's request/motion for attorney's fees and approval of costs are due ten (10) court days prior to the final approval hearing. Any joint statements of the parties in support of final approval of the Settlement also are due ten (10) court days before the final approval hearing.

4. The Court has reviewed the Second Amended Complaint, attached to the Stipulation Regarding Settlement as Exhibit "1," and orders that the Second Amended Complaint shall be deemed filed for settlement purposes.

5. The Court has reviewed the Answer to the Second Amended Complaint, attached to the Stipulation Regarding Settlement as Exhibit "2," and orders that said Answer shall be deemed filed and all material allegations deemed denied for settlement purposes.

6. The Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Settlement and Hearing, in substantially the form attached to the Stipulation Regarding Settlement as Exhibit "3," the Proof of Claim Form, in substantially the form attached thereto as Exhibit "4," and the Request for Exclusion Form, in substantially the form attached thereto as Exhibit "5."  The Court also approves the procedure for Class Members to object to the Settlement set forth in the Notice of Pendency of Class Action, Proposed Settlement and Hearing.

7. The Court directs the mailing of the Notice of Pendency of Class Action, Proposed Settlement and Hearing, Proof of Claim Form, and Request for Exclusion Form by first class mail to the Class Members in accordance with the Implementation Schedule set forth below. The Court finds that the dates selected for the mailing and distribution of the Notice and Claim Form, as set forth in paragraph 9, *infra*, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

8. The Settlement Class as set forth in paragraph 12 of the Stipulation Regarding Settlement is preliminarily certified for settlement purposes.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

[PROPOSED ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, NOTICE TO CLASS    2.    CASE NO. 1:05-CV-00484 DLB

9. The Court orders the following Implementation Schedule for further proceedings:

| | |
|---|---|
| Deadline to Mail Notice and Claim Form | July 27, 2007 |
| Deadline to Submit Claim or Exclusion Form | October 10, 2007 |
| Deadline for Receipt of Objections | October 24, 2007 |
| Final Approval Hearing | November 9, 2007 |
| Deadline for Mailing Settlement Checks | Within ninety (90) days after the Effective Date as defined in the Settlement Agreement |
| Deadline for Certification of Completion | Within ninety (90) days after the Effective Date as defined in the Settlement Agreement |
| Deadline for Premium Payments to Named Plaintiffs and others | Within ninety (90) days after the Effective Date as defined in the Settlement Agreement |
| Deadline for Paying Class Counsel's Fees/Costs as approved by the Court | Within ninety (90) days after the Effective Date as defined in the Settlement Agreement |

**IT IS SO ORDERED**.

Dated: June 22, 2007

   /s/ *Dennis L. Beck*
DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

**Approved as to Form:**

Dated: June 20, 2007                                  Dated: June 20, 2007

**CLASS COUNSEL**                                **DEFENDANT'S COUNSEL**

BEESON, TAYER & BODINE, APC          LITTLER MENDELSON


By:   /S/ Costa Kerestenzis                       By:   /S/ Spencer H. Hipp
      COSTA KERESTENZIS                                 SPENCER H. HIPP
      Attorneys for Plaintiffs                          Attorneys for Defendant

Firmwide:82375524.1 009370.1029

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

[PROPOSED ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, NOTICE TO CLASS    3.    CASE NO. 1:05-CV-00484 DLB